IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANN HODGES                                                                                                       PLAINTIFF

Vs.                              CASE NO.  4:11cv00423 JMM

LITTLE ROCK SCHOOL DISTRICT,                                                                DEFENDANTS
DEBBIE PAPANEAU,
CAROLYN GOSS and
PHILLIP WILSON

## ORDER

Pending is Plaintiff's motion to dismiss (DE #5).  Plaintiff indicates that the parties have reached a settled as to all claims.

The motion to dismiss is granted.  The complaint and all claims as to all defendants in this action are hereby dismissed with prejudice.[1]

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 16th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The proposed trial date of March 26, 2012, is canceled.